1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  GEMMA AMBOY, an individual, | No.  1:24-cv-00957-KES-EPG |
| 12                Plaintiff, | |
| 13       v. | ORDER GRANTING REQUEST TO DISMISS CLASS ALLEGATIONS, AND GRANTING |
| 14  EXODUS RECOVERY, INC., a corporation; OASIS OUTSOURCING III, | STIPULATION TO ARBITRATE INDIVIDUAL CLAIMS AND TO STAY |
| 15  LLC, a limited liability company; and DOES 1-100, inclusive, | REPRESENTATIVE PAGA CLAIMS PENDING ARBITRATION |
| 16 | |
| 17                Defendant. | (Docs. 6, 7) |

18

19         On October 16, 2024, the parties filed a stipulation and proposed order to require plaintiff

20  to arbitrate her individual claims and to order plaintiff's PAGA claims stayed pending arbitration.

21  Doc. 6.  On October 21, 2024, plaintiff filed a request to dismiss her class allegations.  Docs. 7.

22  Based upon the terms of the stipulation and Plaintiff's request, the Court ORDERS:

23         1.      Plaintiff's request to dismiss without prejudice all class allegations within the

24                 complaint, Doc. 7, is GRANTED.  The allegations set forth at paragraphs 10,

25                 paragraphs 29 through 40, and page 17:25-27 of the complaint (Doc. 1) are

26                 dismissed without prejudice.

27         2.      The parties' stipulation, Doc. 6, is GRANTED;

28         3.      Plaintiff is ordered to arbitrate her individual claims; and

                                              1

1   4.  Plaintiff's representative PAGA claims are stayed pending conclusion of the

2    binding arbitration of her individual claims.

5 IT IS SO ORDERED.

6  Dated:  October 22, 2024

                UNITED STATES DISTRICT JUDGE