UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMMA AMBOY,<br><br>Plaintiff,<br><br>v.<br><br>EXODUS RECOVERY, INC., et al.,<br><br>Defendants. | Case No. 1:24-cv-00957-KES-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 13) |

On April 29, 2025, Plaintiff filed a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as no Defendant has yet served either an answer or motion for summary judgment. (ECF No. 13).

Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

\\\
\\\
\\\
\\\
\\\

1

1   The Clerk of Court is respectfully directed to vacate any and all dates or deadlines, terminate as no longer pending the motion to withdraw as attorney (ECF No. 10), and close the case.

IT IS SO ORDERED.

Dated:  **April 30, 2025**           /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2